Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| LORENE N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION WELFARE PLAN; and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Defendant. | Case No.: 2:17-CV-00408-JLR<br><br>**STIPULATED ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT MICROSOFT CORPORATION WELFARE PLAN WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)** |
|---|---|

The parties have stipulated to the voluntary dismissal of Defendant Microsoft Corporation Welfare Plan (Dkt. #15), without prejudice and without an award of fees or costs to any party, pursuant to FRCP 41(a)(1)(ii). The caption shall be amended to remove the Defendant Microsoft Corporation Welfare Plan.

DONE IN OPEN COURT this 18th day of June, 2017.

_____
HONORABLE JAMES L. ROBART

STIPULATED ORDER OF VOLUNTARY DISMISSAL OF
DEFENDANT MICROSOFT CORPORATION WELFARE PLAN
WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii) – 1
File Number 203280

LAW OFFICES OF
NELSON BLAIR LANGER ENGLE, PLLC
12055 15th Avenue
Seattle, Washington 98125
206/623-7520