Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LORENE N. JOHNSON,

    Plaintiff,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,

    Defendant.

Case No.: 2:17-CV-00408-MJP

**ORDER FOR *DE NOVO* REVIEW**

The parties have stipulated that, applicable to current Ninth Circuit law, and in recognition of the Ninth Circuit Court of Appeals' decision in *Orzechowski v. Boeing Co. Non-Union Long-Term Disability Plan*, No. 14-55919, 2017 WL 1947883, __ F.3d __ (9th Cir. May 11, 2017), the applicable standard of review to be applied to Defendant's decision regarding Plaintiff's claim for long-term disability benefits in this ERISA matter is *de novo*.

//

//

//

Therefore, the Court orders that the applicable standard of review to be applied to Defendant's decision regarding Plaintiff's claim for long-term disability benefits in this ERISA matter is *de novo.*

DONE this 20th day of September, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER FOR *DE NOVO* REVIEW – 2
File Number 203280

LAW OFFICES OF
NELSON LANGER ENGLE, PLLC
12055 15th Avenue
Seattle, Washington 98125
206/623-7520