# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORENE N. JOHNSON, | Case No.: 2:17-CV-00408-MJP |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation, | |
| Defendant. | |

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 13th day of March 2018.

_____
Marsha J. Pechman
United States District Judge